

ORDER ON ORAL MOTION

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DSV AIR & SEA, INC. | ) | Civil Action No. 09-5613 (WJM)(MF) |
| | ) | |
| Plaintiff, | ) | **ADMISSION TO PRACTICE** |
| | ) | *PRO HAC VICE* |
| v. | ) | |
| | ) | |
| LOESCHE AMERICA, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Richard L. Furman, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted *pro hac vice* is required to pay a $150.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee. In addition, an attorney admitted *pro hac vice* must make a payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2(a). The Clerk of the Court shall transmit a copy of this order to the Treasurer of the Fund for Client Protection.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other parties in this case.

Dated: Dec 2, 2009

Hon. ~~William J. Martini~~, U.S.D.J.
Claire C. Cecchi